

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 27, 2020

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-31-2020
```

**BY FACSIMILE**

The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

MEMO ENDORSED

Re:  **United States v. Victor Collado,**
     **15 Cr. 372 (LTS)**

Dear Judge Swain:

The Government writes respectfully in connection with the continued sealing of the docket in this case. At the defendant's sentencing on October 23, 2019, the Court directed the parties to confer and to inform the Court of whether continued sealing is necessary.[1] As noted in the Government's sentencing submission, the defendant testified at a public trial in this District, and therefore there remains no law enforcement need to maintain sealing. The Government has conferred with defense counsel, and the parties agree that continued sealing is no longer necessary. Therefore, the Government respectfully requests that the Court unseal the docket in this case.

Respectfully,

*The Clerk of Court is directed to unseal the docket and all filings in this case.*

GEOFFREY S. BERMAN
United States Attorney

By:  /s
     Richard A. Cooper
     Assistant United States Attorney
     Tel. No.: (212) 637-1027

SO ORDERED:

/s/ 1/31/20
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

cc: Barry Weinstein, Esq. (by electronic mail)

---

[1] This status report is overdue, and the Government apologizes to the Court for the delay in submitting this letter.